**SEALED**

KYH/AL:2025R00034



USDC-BALTIMORE
'25 OCT 9 PM 4:25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETRELLE HARRISON<br><br>Defendant. | CRIMINAL NO. MJM 25cr297<br><br>(Distribution and Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1) and (b)(1)(A); Forfeiture, 21 U.S.C. § 853)<br><br>**FILED UNDER SEAL** |

### INDICTMENT

### COUNT ONE
**(Distribution and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

On or about September 25, 2025, in the District of Maryland, the Defendant,

**LETRELLE HARRISON,**

did knowingly and intentionally distribute and possess with the intent to distribute more than 400 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**LETRELLE HARRISON,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property subject to forfeiture includes, but is not limited to, a forfeiture money judgment in the amount of proceeds the Defendant obtained as a result of Count One, which amount is at least $20,000.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly O. Hayes /APL*
Kelly O. Hayes
United States Attorney

A TRUE BILL;

**SIGNATURE REDACTED**

Foreperson

10/9/2025
Date